# SHINN *v.* EVANS.

REAL ESTATE AGENTS; COMMISSION.

The decision in this case is governed by the decisions in *Shinn* v. *Evans*, 37 App. D. C. 304, and *Evans* v. *Shinn*, 40 App. D. C. 557.

No. 2821. Submitted November 1, 1915. Decided November 29, 1915.

HEARING on an appeal by the plaintiff from a judgment of the Supreme Court of the District of Columbia, on verdict, in an action by a real estate broker to recover commission on the sale of real estate owned by the defendant.          *Affirmed.*

*Mr. George C. Shinn, Mr. Claude W. Owen* and *Mr. Hayden Johnson* for the appellant.

*Mr. H. Prescott Gatley* and *Mr. Charles W. Arth* for the appellee.

Mr. Justice VAN ORSDEL delivered the opinion of the Court:

This case has been here on two former occasions. *Shinn* v. *Evans,* 37 App. D. C. 304, and 40 App. D. C. 557. Nothing new that is worthy of consideration is presented by this appeal. The judgment is affirmed, with costs. *Affirmed.*